1                                                                1

2

3     UNITED STATES DISTRICT COURT

      FOR THE WESTERN DISTRICT OF MISSOURI

4     WESTERN DIVISION

      --------------------------------x

5

      AITHENT, INC.,

6

                              Plaintiff,

7

          -against-

8

                              Case No. 4:11-CV-00173

9                                  (GAF)

10    THE NATIONAL ASSOCIATION

      OF INSURANCE COMMISSIONERS,

11

                              Defendant.

12

13    --------------------------------x

14

15                   VIDEOTAPED

16        DEPOSITION OF NARAYANASWAMY VENU GOPAL

17           Wednesday, September 12, 2012

18              New York, New York

19

20

21    REPORTED BY:

22    Holly Hough

23

24

25

                            **ORIGINAL**

One Penn Plaza, NYC              Toby Feldman, Inc.              (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950

1                                                    2

2

3

4                    September 12, 2012

                     9:43 a.m.

5

6

7

8          Videotapted Deposition of NARAYANASAWAMY

9    VENU GOPAL, taken by Defendant, pursuant to 30(b)(6)

10   Notice, at the offices of Johnson Gallagher Magliery

11   LLC, 99 Wall Street, 15th Floor, New York, New York

12   10005, before Holly Hough, a Shorthand Reporter and

13   Notary Public within and for the State of New York.

14

15

16

17

18

19

20

21

22

23

24

25   ORIGINAL

One Penn Plaza, NYC              Toby Feldman, Inc.                (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 2 of 24

```
 1                                                        3
 2
 3                    A P P E A R A N C E S
 4
 5        JOHNSON GALLAGHER MAGLIERY LLC
 6        Attorneys for Plaintiff
 7                99 Wall Street, 15th Floor
 8                New York, New York 10005
 9
          BY:     STEVEN JOHNSON, ESQ.
10
          PHONE:  212.248.2820
11
          FAX:    212.248.0170
12
          EMAIL:  sjohnson@jgmlaw.com
13
14
15        HUSCH BLACKWELL, LLP
16        Attorneys for Defendant
17                4801 Main Street, Suite 1000
18                Kansas City, Missouri 64112
19
          BY:     JEFFREY J. SIMON, ESQ.
20
          PHONE:  816.329.4711
21
          FAX:    816.983.8080
22
          EMAIL:  jeff.simon@huschblackwell.com
23
                       -and-
24                MICHAEL HARGENS, ESQ.
25
```

One Penn Plaza, NYC                Toby Feldman, Inc.                (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 3 of 24

```
 1                                                          4

 2           A P P E A R A N C E S  (continued)

 3

 4       NATIONAL ASSOCIATION of INSURANCE COMMISSIONERS

 5                1100 Walnut Street, Suite 1500

 6                Kansas City, Missouri 64106-2197

 7

         BY:      BETH HARGARTEN, ESQ., Managing Counsel

 8

         PHONE:   816.783.8029

 9

         FAX:     816.460.7459

10

         EMAIL:   bhargarten@naic.org

11

12

13       NATIONAL ASSOCIATION of INSURANCE COMMISSIONERS

14                2301 McGee Street, Suite 800

15                Kansas City, Missouri 64108-2662

16

         BY:      JULIENNE L. FRITZ,

17

                  Chief Business Strategy

18                and Development Officer

19       PHONE:   816.783.8709

20       FAX:     816.460.7495

21       EMAIL:   jfritz@naic.org

22

23       ALSO PRESENT:

24                NICHOLAS GUZMAN, Legal Video Specialist

25
```

One Penn Plaza, NYC                    Toby Feldman, Inc.                    (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS (800) 246.4950

Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 4 of 24

                                                          5

                          STIPULATIONS


          IT IS HEREBY STIPULATED AND AGREED by and
between counsel for the respective parties hereto,
that the filing, sealing and certification of the
within deposition shall be and the same are hereby
waived;


          IT IS FURTHER STIPULATED AND AGREED that
all objections, except as to the form of the
question, shall be reserved to the times of the
trial;


          IT IS FURTHER STIPULATED AND AGREED that
the within deposition may be signed before any
Notary Public with the same force and effect as if
signed and sworn to before this court.

One Penn Plaza, NYC                Toby Feldman, Inc.                    (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS (800) 246.4950
Case 4:11-cv-00173-GAF  Document 89-2  Filed 01/14/15  Page 5 of 24

```
  1                    Gopal                        11
  2   understanding as you give your answer.  Okay?
  3        A.   Okay.
  4        Q.   And finally, we can take breaks throughout
  5   the course of the day.  I don't want you to be
  6   uncomfortable.  So if you need a break, just let me
  7   know.  We may need to finish a question or
  8   something, but we will take a break at your
  9   convenience and resume.
 10             Now I will tell you, the fewer breaks we
 11   take, the quicker we get done with the deposition.
 12   So I'd like to go able to go for substantial periods
 13   at a time, but if you need a break, just let me
 14   know.  Okay?
 15        A.   Okay.
 16        Q.   Mr. Gopal, who is your employer?
 17        A.   Aithent, Inc.
 18        Q.   And what is your position with Aithent,
 19   Inc.?
 20        A.   I'm the Chief Executive Officer.
 21        Q.   Are you also the President?
 22        A.   Yes.
 23        Q.   You're the top person in the company?
 24        A.   That's correct.
 25        Q.   And Aithent, Inc. is the plaintiff in this
```

One Penn Plaza, NYC                 Toby Feldman, Inc.              (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 6 of 24

```
 1                      Gopal                      15

 2    assume you're referring to the plaintiff as well,

 3    okay?

 4         A.   Okay.

 5         Q.   If it is important for your answer that

 6    you distinguish between Aithent, Inc., the American

 7    corporation, and Aithent Technologies, the Indian --

 8              Is it a corporation?

 9         A.   It's a Private Limited.

10         Q.   Private Limited.

11              -- I'll ask you to make that distinction

12    in your answer.

13         A.   Okay.

14         Q.   Otherwise, when you say Aithent, can we

15    agree that when you say Aithent, you're referring to

16    the American entity, which is the plaintiff in this

17    case?

18         A.   Okay, yes.

19         Q.   Mr. Gopal, you understand that you're

20    being put forward as a witness to testify on behalf

21    of Aithent, correct?

22         A.   Yes.

23         Q.   And did you get a copy of --

24              MR. SIMON:   Exhibit 22, please.

25              (Defendant's Exhibit 22, Amended Notice of
```

One Penn Plaza, NYC                Toby Feldman, Inc.                (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 7 of 24

1                          Gopal                      16

2          Rule 30(b)(6) Deposition of Aithent, Inc.,

3          marked for identification, as of this date.)

4     Q.   Mr. Gopal, I'm going to hand you a copy of

5  Exhibit 22.  It's an Amended Notice of Rule 30(b)(6)

6  Deposition of Aithent, Inc., which was filed in this

7  matter on March 30, 2012 and provided to your

8  lawyers at that time.

9          Have you seen this document, Exhibit 22,

10  before?

11     A.   Yes, I have.

12     Q.   And do you understand that by appearing in

13  this deposition today, you are speaking on behalf of

14  Aithent, Inc.?

15     A.   Yes.

16     Q.   And that your testimony in this deposition

17  will bind Aithent?

18     A.   Yes.

19     Q.   Mr. Gopal, in Exhibit 22, there are 60

20  different numbered paragraphs; are you being

21  designated to testify on behalf of Aithent as to

22  each one those 60 paragraphs?

23     A.   I believe so, yes.

24          MR. SIMON:  Steve, is Mr. Gopal going to

25          be the only witness for Aithent on each of

Case 4:11-cv-00175-GAF  Document 89-2  Filed 01/14/13  Page 8 of 24

```
1                          Gopal                          113

2          Q.    Okay.  Let me put it this way:  From the

3     very earliest point in negotiations with the NAIC

4     that ultimately led to the licensing agreement, it

5     was your understanding, Aithent's understanding,

6     that the NIPR Gateway would be involved in accepting

7     transactions, correct?

8                 MR. JOHNSON:  Objection to form.

9          A.    I believe it was always my understanding

10    that the NIPR Gateway could be used for this

11    purpose.

12         Q.    And in fact, in your design documents,

13    which we will get into later, the architecture

14    documents, what was then called the PIN Gateway?

15         A.    Yes.

16         Q.    Is the PIN Gateway the same thing as the

17    NIPR Gateway?

18         A.    I can't comment on that.

19         Q.    In your understanding.

20         A.    Again, I don't have an understanding that

21    I can talk to.

22         Q.    What do you understand the PIN Gateway to

23    be?

24         A.    Again, as I mentioned, it's not very clear

25    to me as to what the PIN Gateway was, except for the
```

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 9 of 24

```
 1                      Gopal                      115

 2    producer database and 37 states are accepting

 3    electronic appointments and terminations.  If by

 4    partnering with Aithent we can increase the number

 5    of transactions flowing through the NIPR Gateway,

 6    that would be attractive to both of us."

 7          Is that what he said?

 8    A.    That's what this email said.

 9    Q.    And you received this email and read it at

10    the time, right?

11    A.    Yes.

12    Q.    And it references the NIPR Gateway?

13    A.    Yes.

14    Q.    So you understood the concept at the very

15    beginning that the NIPR Gateway was up and running,

16    right?

17    A.    Yes.

18    Q.    And that the idea was to send transactions

19    through the NIPR Gateway back to the states, right?

20    A.    Yes.

21    Q.    And that LEO's role in that or the

22    potential partnership would be that LEO would be

23    implemented in states to accept those transactions

24    on the back end, right?

25          MR. JOHNSON:  Objection to form.
```

One Penn Plaza, NYC                Toby Feldman, Inc.                (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950

Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 10 of 24

```
 1                    Gopal                      121

 2        A.   I think, again, it was a meeting of the

 3   minds for us because we did see a strong synergy in

 4   terms of what we were trying to do and what we saw

 5   the NAIC trying to do.

 6        Q.   And so you understood the NAIC, through

 7   its affiliate, NIPR, already had a front-end

 8   application where industry could submit certain

 9   transactions through the NIPR Gateway, correct?

10        A.   Yes.

11        Q.   And the idea was, in this initial

12   discussion, that the LEO system might be licensed to

13   states to process those transactions on the back

14   end, right?

15             MR. JOHNSON:  Objection to form.

16        A.   I don't believe it was limited to that.  I

17   think those were one or two of the options that were

18   discussed, but I also saw us having discussions

19   where LEO functionality would be directly used to

20   help the Gateway provide additional functions.

21        Q.   What additional functions?

22        A.   Non-resident licenses, for example.

23        Q.   And how would the LEO functionality assist

24   the Gateway in doing that?

25        A.   It was that fact that we already had
```

One Penn Plaza, NYC              Toby Feldman, Inc.              (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 11 of 24

```
 1                        Gopal                      123

 2    able to do that without having to write too much

 3    code.

 4        Q.   Now that initial discussion was in July of

 5    2001, right?

 6             MR. JOHNSON:  Objection to form.

 7        A.   I believe the initial meeting that Gary

 8    and I had was in July.  If I look at this, yes,

 9    July 19, 2001.

10        Q.   And NAIC and Aithent ultimately signed a

11    contract in July of 2002, right?

12        A.   That is correct.

13        Q.   And in between that time, there were a

14    great deal of negotiations and discussions,

15    meetings, communications, between Aithent and NAIC,

16    right?

17        A.   Yes.

18        Q.   And eventually it got to the point where

19    there was a draft License Agreement and a draft

20    master services agreement prepared, right?

21        A.   Yes.

22        Q.   And that document was passed back and

23    forth between NAIC and Aithent as part of the

24    negotiations, right?

25        A.   Yes.
```

One Penn Plaza, NYC                Toby Feldman, Inc.              (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950
Case 4:11-cv-00173-GAF  Document 89-2  Filed 01/14/13  Page 12 of 24

```
 1                    Gopal                    124

 2        Q.   And Aithent was represented by counsel,

 3   correct?

 4        A.   Yes.

 5        Q.   That was Bill Bandon?

 6        A.   Correct.

 7        Q.   And Bill Bandon worked with counsel on

 8   behalf of the NAIC, right?

 9        A.   He worked, yes.

10        Q.   In-house counsel?

11        A.   Yes.

12        Q.   Karen Schutter?

13        A.   Yes.

14        Q.   And it wasn't until July 15th of 2002 that

15   that agreement was ultimately signed, right?

16        A.   I believe that is correct.

17        Q.   And that agreement accurately reflects the

18   entire agreement among the parties, right?

19        A.   I believe it does.

20        Q.   If you look at paragraph 8 of the

21   complaint, sir, it says, "Of course by granting NAIC

22   the exclusive right to use LEO, Aithent was placing

23   the commercial faith of its valuable product in

24   NAIC's hands.  Unfortunately, NAIC betrayed

25   Aithent's trust and breached the agreement by
```

One Penn Plaza, NYC                Toby Feldman, Inc.                    (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 13 of 24

```
1                    Gopal                     127

2    Agreement; what do you want to call those?

3         MR. JOHNSON:  Objection to form.

4    A.    They are again the initial set of

5    transactions.

6    Q.    Can we call them the Exhibit D

7    transactions?

8         MR. JOHNSON:  They're Exhibit A.

9    Q.    Okay.  Can we call them the Exhibit A

10   transactions?

11   A.    If that's the exhibit, yes.

12   Q.    Okay, here's my question to you:  What

13   transactions other than Exhibit A transaction are

14   you contending you're entitled to a royalty on?

15   A.    Well, again, if you look at the License

16   Agreement, the License Agreement contemplated on

17   receiving the exclusive rights to LEO in return for

18   building a system, a web-based system, that would

19   address market contact, licensing, and solvency

20   requirements.  And we believe that any transactions

21   that might occur in any of those areas should be

22   part of our agreement.

23   Q.    Specifically what transactions?

24        MR. JOHNSON:  Are you asking what

25        transactions that are performed at NIPR?
```

One Penn Plaza, NYC              Toby Feldman, Inc.                    (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS     (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 14 of 24

```
1                        Gopal                      130

2      today, SBS, needs to be implemented in a state to

3      result in a sharing of that revenue stream,

4      transaction revenue steam.

5          Q.   So in order for Aithent to share in a

6      transaction revenue stream, it has to be based on a

7      transaction in a state in which SBS is implemented?

8               MR. JOHNSON:  Objection to form.

9          A.   No, that's not what I said.  What I said

10     is we believe and it is our position that we should

11     share in the transaction revenues of all the

12     transactions that were listed in Exhibit A of our

13     License Agreement, regardless of whether or not the

14     LEO code is being used, with the caveat that there

15     were some states that were carved out, I believe

16     that was Exhibit D, where there was an existing

17     revenue stream for appointments and terminations.

18         Q.   We kind of slipped there.  I'm interested

19     in non-Exhibit A transactions.  And you have

20     identified OPTins and rates and forms, okay.  Any

21     others?

22         A.   Well, again, to the best of my knowledge,

23     you've got products and services such as i-site,

24     that provides solvency functions, certainly OPTins

25     is one, certainly the rates and forms would be
```

One Penn Plaza, NYC                Toby Feldman, Inc.              (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950

Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 15 of 24

```
 1                        Gopal                       177

 2    NAIC who had started development of a system.

 3         Q.    And did you understand that the decision

 4    NAIC had to make was whether to continue with that

 5    effort internally to develop a state-based system

 6    or, alternatively, to license LEO and take advantage

 7    of whatever development that Aithent already done in

 8    the form of LEO?

 9         A.    Yes.

10         Q.    And at the time during those negotiations,

11    you understood NAIC and NIPR were closely

12    affiliated, right?

13         A.    Yes.

14         Q.    And you knew that NIPR already had a

15    front-end portal, an external-facing portal, for

16    industry and producers to enter transactions,

17    correct?

18         A.    Yes.

19         Q.    And that that portal, known as the PIN

20    Gateway, NIPR Gateway, connected on the back end

21    with state systems, correct?

22         A.    Yes.

23         Q.    And did NAIC communicate to you that what

24    it was looking for was the back-end system that

25    would be deployed in the individual states because
```

Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 16 of 24

```
 1                      Gopal                        182

 2    transactions should rightfully be part of the SBS

 3    initiative.

 4        Q.   Paragraph 30, please read that.  You say

 5    in there, I'm looking at the top of page 10, that

 6    "NAIC refused to pay Aithent any portion of the

 7    revenue that NAIC and/or NIPR generated by

 8    processing transactions using Gateway."

 9             Sir, is that a true statement?

10        A.   Again, from our perspective, we had

11    indicated that we were troubled by this issue.  If

12    the question was did we demand that, the answer is

13    no, we didn't demand that.

14        Q.   My question is, as you sit here today, do

15    you know, is it your position that NAIC has not paid

16    to Aithent any portion of the revenue that NAIC or

17    NIPR generated by processing transactions using

18    Gateway?

19             MR. JOHNSON:  In any transaction?

20             MR. SIMON:  I'm just reading from the

21        complaint.

22             MR. JOHNSON:  Okay.

23        A.   I mean, reading it here, I would say to

24    you that the NAIC did pay for transactions that went

25    through Gateway in those states where the SBS code
```

One Penn Plaza, NYC              Toby Feldman, Inc.                (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 17 of 24

```
 1                        Gopal                           183

 2    was implemented.

 3         Q.    Is that what you have referred to as SBS

 4    states?

 5         A.    I believe so, yes.

 6         Q.    One of Aithent's claims in this lawsuit is

 7    that the NAIC breached a services agreement with

 8    Aithent by hiring Sanjay Saini, correct?

 9         A.    Yes.

10         Q.    Isn't it true that you told NAIC back at

11    or near the time that you hired Mr. Saini that you

12    could not stop them from hiring him?

13         A.    I believe that my statement was that as

14    long as the NAIC were committing to us that they had

15    not broached this topic with him prior to the end of

16    that moratorium phase that I'd have no issues with

17    them hiring him.

18         Q.    In fact you told the NAIC it was okay to

19    go ahead and hire Sanjay, didn't you?

20         A.    Based on what was communicated to me.

21         Q.    And Mr. Saini had left Aithent and gone to

22    work for Oracle, right?

23         A.    That is correct.

24         Q.    And NAIC hired him from Oracle, right?

25         A.    I believe that is correct.
```

Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 18 of 24

```
 1                                                    272

 2

 3    UNITED STATES DISTRICT COURT

      FOR THE WESTERN DISTRICT OF MISSOURI

 4    WESTERN DIVISION

      --------------------------------x

 5

      AITHENT, INC.,

 6

                          Plaintiff,

 7

                -against-

 8

                          Case No. 4:11-CV-00173

 9                            (GAF)

10    THE NATIONAL ASSOCIATION

      OF INSURANCE COMMISSIONERS,

11

                          Defendant.

12

13    --------------------------------x

14

15

16                  CONTINUED

17    VIDEOTAPED DEPOSITION OF NARAYANASWAMY VENU GOPAL

18            Thursday,  September 13, 2012

19               New York, New York

20

21

22    REPORTED BY:

23    Holly Hough

24

25
```

ORIGINAL

One Penn Plaza, NYC                Toby Feldman, Inc.                (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950
Case 4.11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 19 of 24

```
 1                                              273

 2

 3

 4

 5                    September 13, 2012

                      9:26 a.m.

 6

 7

 8

 9          Continued Videotaped Deposition of

10   NARAYANASWAMY VENU GOPAL, taken by Defendant,

11   pursuant to Adjournment, at the offices of Johnson

12   Gallagher Magliery LLC, 99 Wall Street, 15th Floor,

13   New York, New York 10004, before Holly Hough, a

14   Shorthand Reporter and Notary Public within and for

15   the State of New York.

16

17

18

19

20

21

22

23

24

25
```

ORIGINAL

Case 4:11-cv-00173-GAF  Document 89-2  Filed 01/14/13  Page 20 of 24

274

                    A P P E A R A N C E S

JOHNSON GALLAGHER MAGLIERY LLC

Attorneys for Plaintiff

          99 Wall Street, 15th Floor

          New York, New York 10005


BY:     STEVEN JOHNSON, ESQ.


PHONE:   212.248.2820

FAX:     212.248.0170

EMAIL:   sjohnson@jgmlaw.com



HUSCH BLACKWELL, LLP

Attorneys for Defendant

          4801 Main Street, Suite 1000

          Kansas City, Missouri 64112


BY:     JEFFREY J. SIMON, ESQ.


PHONE:   816.329.4711


FAX:     816.983.8080


EMAIL:   jeff.simon@huschblackwell.com

                    -and-


          MICHAEL HARGENS, ESQ.

One Penn Plaza, NYC              Toby Feldman, Inc.              (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 21 of 24

```
 1                                                    275
 2            A P P E A R A N C E S (continued)
 3
 4       NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS
 5                1100 Walnut Street, Suite 1500
 6                Kansas City, Missouri 64106-2197
 7
         BY:      BETH HARGARTEN, ESQ., Managing Counsel
 8
         PHONE:   816.783.8029
 9
         FAX:     816.460.7459
10
         EMAIL:   bhargarten@naic.org
11
12
13       NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS
14                2301 McGee Street, Suite 800
15                Kansas City, Missouri 64108-2662
16
         BY:      JULIENNE L. FRITZ,
17
                  Chief Business Strategy
18
                  and Development Officer
19
         PHONE:   816.783.8709
20
         FAX:     816.460.7495
21
         EMAIL:   jfritz@naic.org.
22
23       ALSO PRESENT:
24                ALEXIS REBOLLEDO, Legal Video Specialist
25
```

One Penn Plaza, NYC                  Toby Feldman, Inc.                  (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS       (800) 246.4950
Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 22 of 24

```
 1                    Gopal                        280

 2   processed in states which have licensed SBS?

 3       A.   Yes, we have, in states.

 4       Q.   As I understand it, your claim in this

 5   lawsuit is not that you have been underpaid on

 6   royalties for transactions which were processed in a

 7   state which licensed SBS; is that correct?

 8       A.   I believe so, yes.

 9       Q.   Your claim rather is that you want to be

10   paid for transactions processed through the NIPR

11   Gateway that did not get processed in a state which

12   has licensed SBS?

13            MR. JOHNSON:  Objection to form.

14       A.   That is certainly one part of it, yes.

15       Q.   What are the other parts of it?

16       A.   I believe, again, that with regard to

17   these royalties, that royalties for those

18   transactions listed in Exhibit A, including

19   appointments and terminations, would be shared with

20   us regardless of whether or not SBS is implemented

21   in the state.

22       Q.   And that was your understanding from the

23   date the agreement was signed?

24       A.   That's certainly one part of the

25   royalties, yes.
```

Case 4:11-cv-00173-GAF   Document 89-2   Filed 01/14/13   Page 23 of 24

```
 1                        Gopal                        362

 2    five-year period on your claim for royalties that

 3    passed through the NIPR Gateway?

 4         A.   Yes.

 5         Q.   When does that five-year period begin?

 6              MR. JOHNSON:  Asked and answered.

 7         A.   When they start using it.

 8         Q.   "It" being what?

 9         A.   The state accepts transactions from the

10    NIPR Gateway.

11         Q.   So any state that was accepting

12    transactions from the NIPR Gateway as of the first

13    date of the agreement, as of July 15, 2002, then

14    your right to recover royalties from that state

15    expires on July 15, 2007; is that correct?

16         A.   If that state was using it, yes.

17         Q.   Using the NIPR Gateway?

18         A.   Yes.

19         Q.   Clearly that state wasn't using SBS

20    because no state was licensed to use SBS on the

21    first date of the agreement, correct?

22         A.   That is correct.  However, you have to

23    recall, again, Aithent licensed LEO to the NAIC

24    exclusively with no up-front fee.

25         Q.   Does NIPR license its Gateway to the
```

One Penn Plaza, NYC                    Toby Feldman, Inc.                    (212) 244.3990
email@tobyfeldman.com NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS          (800) 246.4950