# EXHIBIT A TRANSACTIONS THROUGH NIPR'S GATEWAY

