UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

AITHENT, INC.,

    Plaintiff,

-against-

THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS,

    Defendant.

Case No. 4:11-CV-00173-GAF

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE #11**

Plaintiff Aithent, Inc. ("**Aithent**") respectfully makes this submission in response to the defendant National Association of Insurance Commissioner's ("**NAIC**") Motion in Limine #11 (Doc. 138), in which NAIC seeks to preclude Aithent from introducing evidence that the NIPR Gateway contains, utilizes or is founded upon LEO source code or that Aithent contributed anything to the development of NIPR Gateway. Aithent does not intend to introduce any evidence of this sort at trial, as it is Aithent's claim that, as a means of avoiding royalty payments to Aithent, NAIC and NIPR purposely did not use LEO in the development of Gateway. Accordingly, Aithent does not oppose this Motion.

**Conclusion**

For all of the foregoing reasons, NAIC's Motion in Limine #11 should be denied.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Post Office Box 171300
Kansas City, Kansas 66117-1300
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail:ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    GREGORY P. GOHEEN   #58119

and

Peter J. Gallagher
Steven D. Johnson
Shannon J. Fields
JOHNSON GALLAGHER MAGLIERY, LLC
99 Wall Street, 15th Floor
New York, New York 10005
Telephone: (212) 248-2220
Facsimile: (212) 248-0170
E-mail: pgallagher@kjglaw.com
       sjohnson@kjglaw.com
       sfields@kjglaw.com

Attorneys for Plaintiff Aithent, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system and/or mailed, postage pre-paid, on this 10th day of May, 2013 to:

Jeffrey J. Simon
Michael S. Hargens
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Attorneys for Defendant

/s/ Gregory P. Goheen