UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AITHENT, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS,<br><br>Defendant. | Case No. 4:11-CV-00173-GAF |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE #13**

Plaintiff Aithent, Inc. ("**Aithent**") respectfully makes this submission in response to Defendant National Association of Insurance Commissioner's ("**NAIC**") Motion in Limine #13 (Doc. 140), in which NAIC seeks to preclude evidence or argument concerning lost profits that Aithent would have earned from LEO had Aithent not granted NAIC an exclusive license to use LEO. Aithent did not allege a lost profits claim against NAIC, has never pursued any such claim, and does not intend to introduce evidence of what its profits would have been from LEO absent the exclusive license to NAIC. Thus, Aithent does not contest NAIC's Motion. Aithent does intend to introduce evidence showing generally that LEO was a valuable product which had strong commercial potential when it was licensed, but we do not read NAIC's motion as attempting to exclude such evidence. Because Aithent does not intend to prove the amount of revenue it would have earned from LEO, which is what NAIC's motion is directed at, there is no dispute as to the subject matter of NAIC's Motion in Limine # 13.

### Conclusion

For all of the foregoing reasons, NAIC's Motion In Limine # 13 should be denied.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Post Office Box 171300
Kansas City, Kansas 66117-1300
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    GREGORY P. GOHEEN     #58119

and

Peter J. Gallagher
Steven D. Johnson
Shannon J. Fields
JOHNSON GALLAGHER MAGLIERY, LLC
99 Wall Street, 15th Floor
New York, New York 10005
Telephone: (212) 248-2220
Facsimile: (212) 248-0170
E-mail: pgallagher@kjglaw.com
        sjohnson@kjglaw.com
        sfields@kjglaw.com

Attorneys for Plaintiff Aithent, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system and/or mailed, postage pre-paid, on this 10th day of May, 2013 to:

Jeffrey J. Simon
Michael S. Hargens
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Attorneys for Defendant

                                                            /s/ Gregory P. Goheen

{K0390843.DOC; 1}          2
Case 4:11-cv-00173-GAF    Document 171    Filed 05/10/13    Page 2 of 2