UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| AITHENT, INC., <br><br> Plaintiff, <br><br> -against- <br><br> THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS, <br><br> Defendant. | | Case No. 4:11-CV-00173-GAF |

**PLAINTIFF'S OBJECTIONS AND CROSS-DESIGNATIONS TO NAIC'S CASE-IN-CHIEF DEPOSITION DESIGNATIONS**

Plaintiff Aithent, Inc. objects to the deposition designations of Defendant and cross-designates as indicated below:

### DEPOSITION OF WILLIAM BANDON

### NOVEMBER 27, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 7: 18-20 | | |
| 14:15-16:9 | | |
| 17:5-19:8 | | |
| 21:3-18 | | |
| 24:22-25:7 | | |
| 30: 12-32:1 | | |
| 32:18-33:12 | | |
| 34:1-25 | | |
| 37:13-17 | | |
| 38: 10-25 | | |
| 44:5-45:12 | | |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 46:9-16 | Completeness | 46:17-47:8 |
| 47:9-48:2 | | |
| 48:6-9 | | |
| 48:14-16 | | |
| 48:18-49:17 | | |
| 70:15-71:1 | | |
| 89: 18-90:25 | | |
| 102:5-21 | | |
| 103:6-104:12 | | |
| 114:20-25 | | |
| 116:1-20 | | |
| 164:16-165:11 | | |
| 165: 17-19 | | |
| 165:21-166:9 | | |
| 174:4-24 | Completeness | |
| 175:23-176:8 | | |
| 211:4-17 | | |
| 215: 13-25 | | 174:25-175:22 |

## DEPOSITION OF N. VENU GOPAL

Plaintiff Aithent, Inc. objects to designation of any and all of N. Venu Gopal's deposition testimony on the ground that Mr. Gopal will testify in person at the trial. Subject to this general objection, Aithent objects to the following designations as indicated below:

## SEPTEMBER 12, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 7:15-20 | | |
| 11:16-13:18 | | 13:19-14:2 |
| 18:10-19:12 | | 19:13-20:4 |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 20: 5-10 | | 20:11-22:2 |
| 23:11-30:24 | | |
| 41:16-43:22 | | |
| 47:10-48:2 | | |
| 56:6-17 | | 30:25-31:20 |
| 61:3-72:8 | Relevance, unfairly prejudicial | |
| 73:7-74:6 | Relevance, unfairly prejudicial | |
| 77:12-17 | | |
| 77:24-82:20 | | |
| 83:23-86:3 | Relevance, unfairly prejudicial | |
| 103:5-22 | Completeness | 103:23-104:21 |
| 104:22-105:17 | Completeness | 105:18-108:13 |
| 108:14-109:16 | | |
| 113:2-114:19 | Completeness | 114:20-115:13 |
| 115: 14-20 | Completeness | 115:21-116:15 |
| 118:22-119:11 | | |
| 121:6-10 | Completeness | 121:11-22 |
| 123:4-124:19 | | |
| 133:23-136:4 | Completeness | 136:5-20 |
| 136:21-137:10 | | |
| 144:5-145:2 | Completeness | 145:3-148:8 |
| 154:13-155:2 | | |
| 158:4-160:19 | Completeness | 160:20-161:12 |
| 161:13-164:6 | | |
| 166:4-168:13 | | |
| 171:22-175:5 | Completeness | 175:6-176:12 |
| 176:13-177:22 | Completeness | 177:23-180:7 |
| 182:14-183:5 | | |
| 191:8-13 | | |
| 192:9-14 | | |
| 193:9-195:5 | Foundation | |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 201:9-203:18 | Completeness | 203:19-204:18 |
| 204: 19-206:7 | | |
| 208:23-217:22 | 211:6-17: compound, assumes facts not in evidence<br>213:14-25: best evidence<br>214:1-10: calls for legal conclusion<br>214:16-215:11: best evidence<br>216:21-217:22: best evidence | |
| 218: 12-223:25 | all: completeness<br>221:20-222:4: mischaracterizes testimony<br>222:17-223:4: assumes facts not in evidence, mischaracterizes document<br>223:5-12: compound | 224:1-225:7 |
| 226:22-227:10 | Completeness | 227:11-228:16 |
| 240:4-6 | | |
| 241:3-248:2 | | |
| 249: 12-258:2 | 249:24-250:10: best evidence<br>256:20-257:9: best evidence | |
| 264: 12-266:24 | | |
| 240:4-6 | relevance | |
| 241:3-248:2 | | |
| 249:12-258:2 | | |
| 264:12-266:24 | Relevance, unfairly prejudicial | |

## SEPTEMBER 13, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 279:5-280:8 | | |
| 281:2-282:3 | | |
| 288:7-289:20 | | |
| 292: 16-21 | | |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 293:4-5 | | |
| 294:3-297:11 | | |
| 300:2-303:4 | | |
| 307:13-311:2 | | |
| 311:3-313:17 | | |
| 314:12-24 | | |
| 329:16-330:24 | | |
| 331:23-332:19 | | |
| 350:9-23 | | |
| 354:7-356:24 | | |
| 356:25-359:10 | | |
| 363:21-365:19 | | |
| 382:11-391:5 | | 388:7-389:23 |
| 392:18-393:18 | | 393:19-394:5 |
| 394:6-9 | | |
| 394:13-402:24 | 397:19-398:04: relevance, unduly prejudicial | 399:2-23 |
| 404:14 | | |
| 404:25-410:6 | | |
| 414:2-425:11 | | |
| 435:21-440:11 | | |
| 441:17-446:25 | Relevance, unfairly prejudicial | |
| 448:8-453:4 | | |
| 460:14-17 | | |
| 462:3-463:6 | | |
| 464:19-467:4 | Relevance, unfairly prejudicial | |
| 467:8-470:9 | Relevance, unfairly prejudicial | |

## DEPOSITION OF ROGER GRAVES
## OCTOBER 17, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 8:9-13 | Hearsay | |

{K0391189.DOC; 1}  5

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 12:1-13:6 | Hearsay | |
| 13:12-19:5 | Hearsay | |
| 32:5-33:5 | Hearsay | |
| 38:18-42:23 | Hearsay | |
| 43:1-45:13 | Hearsay | |
| 49:1-52:4 | Hearsay | |
| 58:20-59:16 | Hearsay | |
| 59:17-60:24 | Hearsay | |
| 61:13-67:4 | Hearsay, completeness | If admitted: 67:5-70:20 |
| 71:21-74:6 | Hearsay, 72:12-23: foundation, not responsive | |
| 74:7-74:20 | Hearsay | |
| 74:21-76:25 | Hearsay, 75:12-16: answer based on speculation | |
| 77:1-78:4 | Hearsay | |
| 78:5-84:10 | Hearsay | |
| 84:11-21 | Hearsay | |
| 85:9-12 | Hearsay | |
| 86:15-87:2 | Hearsay, completeness | If admitted: 87:3-12 |
| 87:13-88:4 | Hearsay | |
| 105:3-108:5 | Hearsay | |
| 108:6-15 | Hearsay | |
| 108:18-21 | Hearsay, completeness | If admitted: 108:22-25 |
| 109:1-5 | Hearsay | |
| 109:16-111:5 | Hearsay | |
| 111:8-113:23 | Hearsay | |
| 116:3-5 | Hearsay | |
| 116:10-119:19 | Hearsay | |
| 120:3-15 | Hearsay | |
| 121:24-124:9 | Hearsay | |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 124:18-126:20 | Hearsay | |
| 127:12-128:16 | Hearsay, completeness | If admitted: 128:17-23 |
| 128:24-129:13 | Hearsay | |
| 129:14-131:24 | Hearsay | |
| 134:25-135:18 | Hearsay, completeness | If admitted: 135:19-136:25 |
| 137:1-7 | Hearsay | |
| 137: 17-21 | Hearsay | |
| 139:13-141:8 | Hearsay | |
| 141:22-142:23 | Hearsay | |
| 147:23-148:13 | Hearsay | |
| 150:18-151:10 | Hearsay | |

## DEPOSITION OF GARY GUMMIG
## SEPTEMBER 27, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 245:4-250:1 | Foundation | |
| 250:3-252:19 | | |
| 253:5-254:8 | | |
| 254: 14-24 | | |
| 255:2-22 | Relevance, unfairly prejudicial | |
| 256:8-258:11 | Best evidence, relevance, unfairly prejudicial | |
| 259: 1-262:3 | Foundation, best evidence, relevance, unfairly prejudicial | |
| 268:24-269:11 | | |

## DEPOSITION OF KAMAL HAIYDER
## OCTOBER 3, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 6:11-13 | | |
| 14:8-17 | | |
| 15:18-16:5 | | |
| 16:10-17:13 | | |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 19:24-20:8 | | |
| 20:18-21:18 | | |
| 26:3-19 | | |
| 34:9-35:8 | | |
| 36:9-40:19 | | |
| 41:6-10 | | |
| 41:13-42:20 | | |
| 44:2-45:13 | Completeness | 45:14-46:19 |
| 99:15-101:21 | | |
| 105:10-15 | | |
| 109:9-17 | | |
| 115:4-117:21 | | |
| 119:2-11 | | |
| 119:15-120:18 | | |
| 121:8-23 | | |
| 122:12-17 | | |

## DEPOSITION OF ATUL MATHUR
## AUGUST 24, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 6:11-17 | | |
| 6:20-23 | | |
| 7:21-8:16 | | |
| 10:22-11:23 | | |
| 15:24-16:19 | | |
| 18:13-24 | | |
| 19:11-23 | | |
| 21:3-16 | | |
| 21:19-23 | | |
| 24:2-18 | | |
| 25:5-26:11 | | 27:2-28:2 |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 28:3-6 | | 28:7-29:9 |
| 29: 10-21 | | |
| 29: 24-30:20 | | |
| 31:17-32:12 | | |
| 33:14-18 | | |
| 52:8-58:4 | 56:12-23: calls for legal conclusion | |
| 60:5-20 | | |
| 62:11-63:25 | | |
| 67:6-68:25 | Completeness | 68:18-69:24 |
| 69:8-70:9 | | 70:10-72:13 |
| 72:14-74:12 | | |
| 74:18-75:25 | | |
| 76:8-25 | | |
| 77:7-82:24 | | |
| 84:2-21 | | |
| 85:4-12 | | |
| 85:25-89:21 | | |
| 92:5-9 | | 92:23-25 |
| 93:1-14 | Relevance | |
| 94:22-95:21 | | 94:15-21 |
| 107:8-119:6 | relevance, unfairly prejudicial, foundation | |
| 121:3-125:4 | 121:3-122:24: foundation<br>126:18-129:5: foundation, relevance | 120:21-121:2 |
| 125:18-129:5 | 126:18-129:5: foundation, relevance | |
| 130:2-12 | foundation, relevance | |
| 130:24-138:24 | 130:24-132:9: foundation, relevance<br>133:14-138:24: best evidence, foundation, relevance | |

| **Deposition Designation:** | **Objection:** | **Cross-Designation:** |
|---|---|---|
| 139:8-141:5 | | 141:6-142:7 |
| 145:6-23 | Foundation | |
| 146:12-149:23 | | |
| 150:14-157:12 | 150:14-152:12: foundation, relevance<br>156:23-157:12: relevance, unfairly prejudicial | |
| 158:9-160:4 | 158:9-17: relevance, unfairly prejudicial | |
| 160:14-169:22 | | |
| 171:1-172:20 | 172:16-20: relevance | |
| 173:5-185:9 | | |
| 188:16-192:4 | Best evidence | |

## OCTOBER 11, 2012

| **Deposition Designation:** | **Objection:** | **Cross-Designation:** |
|---|---|---|
| 214:11-215:16 [11:12-13:16] | | |
| 223:12-230:11 [20:12-27:11] | 224:5-225:3: Best evidence, foundation | 230:12-232:13 |
| 241:4-244:7 [38:4-41:7] | foundation, relevance | If 241:4-244:7 admitted: 244:6-21 |
| 246:3-248:3 [43:3-45:3] | foundation, relevance | |
| 248:13-253:20 [45:13-50:20] | Relevance, unfairly prejudicial | |
| 254:20-256:2 [51:20-53:2] | Relevance, unfairly prejudicial | If 254:20-256:2 admitted: 256:3-257:4 |
| 257:21-259:25 [54:21-56:25] | Relevance, unfairly prejudicial | If 257:21-259:25 admitted: 260:2-7 |
| 260:8-20 [57:8-20] | Relevance, unfairly prejudicial | |
| 273:17-276:7 [70:17-73:7] | | 276:8-24 |
| 277:16-283:6 [74:16-80:6] | Relevance, unfairly prejudicial | |
| 290:11-291:21 [87:11-88:21] | See Aithent Motion in Limine: calls for legal conclusion, foundation, relevance | If 290:11-291:21 admitted: 292:17-293:20 |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 293:21-312:21 [90:21-109:21] | 303:10-310:17: See Aithent Motion in Limine: calls for legal conclusion, foundation, relevance, unfairly prejudicial, vague | |

## DEPOSITION OF PRADEEP PRASAD
## OCTOBER 4, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 6:11-13 | | |
| | | 33:20-34:3 |
| | | 35:22-36:12 |
| 36:13-21 | Foundation | If admitted: 36:22-25 |
| 37:2-7 | Foundation | |
| 37:10-17 | | 37:18-20 |
| 37:21-38:17 | | 38:18-39:2 |
| 39:3-44:13 | Foundation | If admitted: 44:14-24 |
| 46:12-48:19 | 46:12-19: Relevance, unfairly prejudicial | 45:25-46:11 |
| 49:9-51:17 | 49:20-50:23: Relevance, unfairly prejudicial | |
| 51:24-52:25 | | 53:8-14 |
| 54:14-55:20 | Relevance, unfairly prejudicial | |
| 55:24-57:18 | Relevance, unfairly prejudicial | |
| 57:22-60:6 | Relevance, unfairly prejudicial | If admitted: 60:7-61:4 |
| 61:5-61:22 | Relevance, unfairly prejudicial | If admitted: 60:7-61:4 |
| 62:2-63:16 | Relevance, unfairly prejudicial | |
| 63:20-64:12 | Relevance, unfairly prejudicial | |
| 64:16-66:3 | Relevance, unfairly prejudicial | If admitted: 66:4-10 |
| 66:11-67:10 | Relevance, unfairly prejudicial | If admitted: 66:4-10, 67:11-68:17 |
| 70:13-21 | Relevance, unfairly prejudicial | |
| 70:25-71:11 | Relevance, unfairly prejudicial | |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 71:17-72:22 | Relevance, unfairly prejudicial | If admitted: 72:23-73:4 |
| 73:5-73:23 | Relevance, unfairly prejudicial | |
| 76:20-78:2 | Relevance, unfairly prejudicial | |
| 78:23-79:8 | | |
| 80:22-81:6 | Relevance, unfairly prejudicial | |
| 82:6-8 | Relevance, unfairly prejudicial | |
| 82:15-84:20 | Relevance, unfairly prejudicial | |
| 85:2-86:13 | Relevance, unfairly prejudicial | If admitted: 88:9-20 |
| 89:3-91:21 | Relevance, unfairly prejudicial | If admitted: 91:22-92:12 |
| 92:13-93:12 | Relevance, unfairly prejudicial | If admitted: 93:13-22 |
| 93:23-96:7 | Relevance, unfairly prejudicial<br>94:22-95:7: calls for speculation | If admitted: 96:8-97:23 |
| 97:24-98:5 | Relevance, unfairly prejudicial | If admitted: 98:6-24 |
| 98:25-99:8 | Relevance, unfairly prejudicial, incomplete | |
| 100:12-101:17 | Relevance, unfairly prejudicial | If admitted: 101:18-21 |
| 102:3-103:13 | Relevance, unfairly prejudicial | If admitted: 103:14-104:13 |
| 104:14-19 | | |
| 105:16-106:4 | Relevance, unfairly prejudicial | If admitted: 106:5-14 |
| 106:15-109:13 | Relevance, unfairly prejudicial | |
| 109:17-111:10 | 110:14-20: calls for speculation, foundation | |
| 113:17-114:6 | Relevance, unfairly prejudicial | |
| 116:3-6 | | |
| 122:10-123:4 | | |
| 123:8-125:19 | 124:9-13: hearsay<br>125:11-19: hearsay | |
| 130:5-25 | Relevance, unfairly prejudicial | If admitted: 131:2-6 |

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 131:7-134:14 | 132:4-11: Relevance, unfairly prejudicial<br>132:25-133:14: hearsay<br>133:20-25: Relevance, unfairly prejudicial, calls for speculation<br>134:2-8: no question posed<br>134:9-14: calls for speculation | |
| 135:4-16 | Relevance, unfairly prejudicial<br>135:4-8: question assumes fact not in evidence<br>135:9-16: foundation | |
| 136:9-16 | Relevance, unfairly prejudicial | If admitted: 135:17-20, 136:2-8 |
| 139:6-142:4 | Relevance, unfairly prejudicial<br>139:12-18: compound question | |
| 142:10-143:5 | Relevance, unfairly prejudicial | |
| 143:14-17 | Relevance, unfairly prejudicial | If admitted: 143:6-13, 143:18-21 |
| 145:2-7 | Relevance, unfairly prejudicial | |
| 145:23-147:19 | Relevance, unfairly prejudicial | |
| 147:23-148:2 | Relevance, unfairly prejudicial | |
| 154:5-156:14 | Relevance, unfairly prejudicial | If admitted: 156:15-157:7 |
| 157:22-158:10 | Relevance, unfairly prejudicial | |
| 158:19-160:10 | Relevance, unfairly prejudicial | If admitted: 160:11-17 |
| 161:5-163:7 | Relevance, unfairly prejudicial | |
| 163:24-164:20 | Relevance, unfairly prejudicial | If admitted: 163:8-22 |
| 170:4-25 | | |
| 171:10-172:13 | | |
| | | 172:14-22 |

## DEPOSITION OF THERESE VAUGHAN
## OCTOBER 24, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 68:9-69:1 | Hearsay | |
| 72:21-74:1 | Hearsay | |
| 87: 15-23 | Hearsay | |
| 137:20-138:1 | Hearsay | |
| 138:21-25 | Hearsay | |
| 139:3-140:6 | Foundation, completeness, hearsay | If admitted: 140:7-10 |

## DEPOSITION OF MARYELLEN WAGGONER
## DECEMBER 5, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 72:11-73:4 | Hearsay, foundation, completeness | If admitted: 75:10-13 |
| 119:7-22 | | |
| 122:8-10 | | |
| 122:20-123:1 | | |

## DEPOSITION OF CATHY WEATHERFORD
## NOVEMBER 27, 2012

| Deposition Designation: | Objection: | Cross-Designation: |
|---|---|---|
| 41:3-42:6 | Hearsay | |
| 42:9-15 | Hearsay | |
| 42:17-19 | Hearsay | |
| 42:22-43:7 | Completeness, hearsay | If admitted: 43:8-45:14 |
| 169:3-12 | | |
| 169:15-17 | | |
| 169: 19-22 | Completeness, hearsay | If admitted: 170:1-14 |

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Post Office Box 171300
Kansas City, Kansas 66117-1300
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
    GREGORY P. GOHEEN   #58119

and

Peter J. Gallagher
Steven D. Johnson
Shannon J. Fields
JOHNSON GALLAGHER MAGLIERY, LLC
99 Wall Street, 15th Floor
New York, New York 10005
Telephone: (212) 248-2220
Facsimile: (212) 248-0170
E-mail: pgallagher@kjglaw.com
    sjohnson@kjglaw.com
    sfields@kjglaw.com

Attorneys for Plaintiff Aithent, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system and/or mailed, postage pre-paid, on this 14th day of May, 2013 to:

Jeffrey J. Simon
Michael S. Hargens
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Attorneys for Defendant

    /s/ Gregory P. Goheen