UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| AITHENT, INC.,<br><br>                     Plaintiff,<br><br>      -against-<br><br>THE NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS,<br><br>                   Defendant. | Case No. 4:11-CV-00173-GAF |

**PLAINTIFF'S OBJECTIONS AND CROSS-DESIGNATIONS TO NAIC'S
DEPOSITION COUNTER-DESIGNATIONS**

Plaintiff Aithent, Inc. objects to the deposition counter-designations of Defendant

and cross-designates as indicated below:

**DEPOSITION OF ROGER GRAVES
OCTOBER 17, 2012**

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 6:13-7:1 | | | |
| 15:1-11 | | | |
| 15:16-19:5 | 19:6-21:8 | | |
| 22:3-11 | 22:12-22 | | |
| 22:23-23:14 | 23:18-24:11, 24:12-20, 25:1-27:3 | | |
| 27:8-16 | 27: 17-28:15 | | |
| 27:21-23 | | | |
| 28:14-21 | 29:25-30:8, 31:19-21 | | |
| 32:5-34:15 | 34: 16-35:6 | | |
| 35:7-37:18 | 37: 19-38:17 | | |
| 38:25-42:25 | | | |

Case 4:11-cv-00173-GAF   Document 180   Filed 05/14/13   Page 1 of 10

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 43:1-45:13 | | | |
| 49:2-50:24 | | | |
| 51:5-12 | | | |
| 57:24-58:11 | | | |
| 59:17-61:3 | | | |
| 61:13-67:2 | | | |
| 67:5-70:20 | | | |
| 71:6-20 | | | |
| 74:7-20 | | | |
| 88:8-91:8 | | | |
| 91:9-11 | 91:12-17 | | |
| 94:14-98:17 | 98:22-99:18 | | |
| 99:19-101:5 | 101:19-24 | | |
| 101:25-102:23 | | | |
| 103:13-25 | 104:1-2 | | |
| 105:10-108:5 | 108:7-12 | | |
| 111:10-113:23 | | | |
| 116:10-117:6 | | | |
| 117:11-119:19 | | | |
| 120:3-25 | 121:1-17 | | |
| 121:24-124:9 | | | |
| 127:12-128:23 | | | |
| 130:17-21 | | | |
| 131:4-24 | | | |
| 179:16-183:1 | 179:13-182:9 | | |
| 183:19-185:12 | | | |
| 186:25-188:24 | | | |
| 189:14-192:23 | 189:14-192:23 | | |

## DEPOSITION OF GARY GUMMIG
## SEPTEMBER 27, 2012

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 7:2-11 | | | |
| 8:3-13 | | | |
| 9:3-24 | | | |
| 10:21-11:2 | 11:3-12, 12:9-24 | | |
| 12:25-14:4 | 14:14-15:16 | | |
| 18:10-21:5 | 21:6-22:1, 22:11-23:2, 23:6-24:3, 25:2-5, 25:23-26:15, 26:19-27:25 | | |
| 28:15-29:20 | | | |
| 31:3-34:1 | 34:2-9, 34:15-35:5 | | |
| 35:22-39:16 | | | |
| 39:25-40:21 | | | |
| 48:6-20 | | | |
| 50:10-51:8 | | | |
| 53:3-14 | | | |
| 58:15-59:1 | | | |
| 67:19-68:4 | | | |
| 70:2-10 | | | |
| 73:19-77:18 | | | |
| 80:22-24 | | | |
| 85:4-86:25 | | | |
| 96:23-100:25 | 106:16-107:7 | | |
| 117:13-118:5 | 118:6-122:15 | | |
| 122:16-124:21 | 124:22-125:8 | | |
| 125:9-18 | 125:19-126:11, 133:24-134:12 | | |
| 138:1-139:14 | 139:15-140:7 | | |
| 140:8-145:18 | | | |
| 147:7-149:2 | 149:3-150:8 | | |
| 153:20-155:11 | 152:9-153:19 | | |

Case 4:11-cv-00173-GAF   Document 180   Filed 05/14/13   Page 3 of 10

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 156:8-24 | 156:25-158:13 | | |
| 159:12-161:8 | | | |
| 161:18-162:2 | | | |
| 163:17-164:21 | | | |
| 170:13-171:11 | 171:12-172:4 | | |
| 174:5-178:2 | | | |
| 180:17-181:12 | | | |
| 182:20-184:4 | | | |
| 185:21-186:4 | 186:5-187:4 | Completeness | 187:7-9 |
| 187:10-189:5 | | | |
| 191:19-192:15 | | | |
| 193:7-22 | | | |
| 194:5-10 | | | |
| 194:16-19 | | | |
| 195:2-9 | | | |
| 197:1-198:18 | | | |
| 200:22-201:6 | 201:7-14 | | |
| 207:21-208:21 | | | |
| 212:15-213:1 | 213:2-215:10 | Foundation | |
| 218:15-219:15 | | | |
| 220:1-228:2 | | | |
| 229:10-230:10 | 230:11-14 | | |
| 238:21-241:6 | 242:18-22 | | |
| 244:7-16 | 243:2-3 | Completeness | 243:4-15 |

## DEPOSITION OF THERESE VAUGHAN
## OCTOBER 24, 2012

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 6:18-7:1 | | | |
| 22:18-27:5 | 27:6-8 | Hearsay | |

Case 4:11-cv-00173-GAF   Document 180   Filed 05/14/13   Page 4 of 10

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 28:4-30:21 | | | |
| 31:8-32:14 | 34:2-6, 34:12-35:16, 36:12-16 | Hearsay | |
| 36:17-39:1 | 39:2-17, 48:15-19 | 39:2-17: Hearsay 48:15-19: Foundation, hearsay | |
| 54:10-21 | 54:22-55:8 | Completeness, hearsay | If admitted: 55:9-12 |
| 56:5-57:14 | 55:13-56:4 | Hearsay | |
| 58:24-59:22 | 60:8-10, 60:17-61:2 | Foundation, hearsay | |
| 75:8-77:4 | | | |
| 79:20-80:25 | | | |
| 82:24-83:24 | | | |
| 85:11-86:4 | | | |
| 96:5-97:6 | 98:5-24 | Foundation, hearsay | |
| 121:15-124:25 | | | |
| 150:3-151:25 | | | |
| 179:13-180:17 | 176:4-177:1 | Hearsay | |
| 182:10-186:20 | | | |
| 200:17-203:5 | | | |

### DEPOSITION OF MARYELLEN WAGGONER
### DECEMBER 5, 2012

| Deposition Designation: | NAIC Counter-Designation | Objection: | Cross-Designation: |
|---|---|---|---|
| 6:14-7:1 | | | |
| 8:9-10:2 | | | |
| 19:2-20:12 | | | |
| 22:4-24:17 | | | |
| 25:4-14 | | | |

| Deposition Designation: | NAIC Counter-Designation | Objection: | Cross-Designation: |
|---|---|---|---|
| 26:5-27:19 | | | |
| 28:3-5 | | | |
| 33:12-34:14 | 33:10-11 | Completeness | 33:12-34:14 |
| 36:1-19 | | | |
| 39:12-15 | 38:5-39:8 | | |
| 40:7-43:20 | | | |
| 48:23-49:17 | | | |
| 51:3-12 | | | |
| 52:7-12 | | | |
| 54:1-56:10 | | | |
| 57:21-58:22 | 58:23-59:2 | Completeness, hearsay | If admitted: 57:21-58:22 |
| 59:3-18 | 59: 19-60:2 | Completeness, hearsay | If admitted: 59:3-18 |
| 63:9-64:2 | | | |
| 64:12-65:24 | | | |
| 67:18-68:21 | | | |
| 68:23-69:12 | | | |
| 69:22-70:12 | | | |
| 71:12-25 | | | |
| 76:1-77:10 | | | |
| 77:17-80:24 | | | |
| 83:19-84:15 | | | |
| 85:3-5 | | | |
| 85:18-88:4 | 88:5-7 | Hearsay, completeness | If admitted: 85:18-88:4, 88:8-22 |

| Deposition Designation: | NAIC Counter-Designation | Objection: | Cross-Designation: |
|---|---|---|---|
| 88:8-22 | 88:23-89:8, 89:12-21, 89:25-90:2, 90:21-92:4 | 88:23-89:8: Hearsay<br>89:12-21: Foundation, hearsay<br>89:25-90:2: Foundation, hearsay<br>90:21-92:4: Foundation, hearsay, completeness | If 90:21-92:4 is admitted: 92:7-21 |
| 96:1-20 | 96:21-24 | Hearsay, completeness | If admitted: 96:1-20 |
| 99:19-100:3 | | | |
| 100:23-101:5 | | | |
| 101:17-23 | | | |
| 102:5-103:25 | | | |
| 105:4-107:19 | | | |
| 110:3-10 | | | |
| 111:2-112:16 | | | |
| 114:9-115:12 | 113:17-114:1, 114:8 | | |
| 119:23-120:18 | | | |
| 123:4-22 | 123:2-3, 123:23-124:4 | | |
| 124:22-127:19 | | | |
| 130:7-131:11 | | | |
| 133:17-134:7 | 133:7-13, 133:15-16 | Relevance, foundation, completeness | If admitted: 133:17-134:7 |
| 135:20-136:11 | 136:12-19 | Foundation, relevance, completeness | If admitted: 135:20-136:11 |
| 139:10-142:2 | | | |
| 146:19-154:19 | | | |
| 154:24-156:13 | | | |

Case 4:11-cv-00173-GAF   Document 180   Filed 05/14/13   Page 7 of 10

| Deposition Designation: | NAIC Counter-Designation | Objection: | Cross-Designation: |
|---|---|---|---|
| 158:1-168:19 | | | |
| 168:22-170:16 | | | |
| 171:12-172:23 | | | |
| 173:4-174:21 | 174:22, 174:24 | | |
| 175:20-177:7 | 175:1-7, 175:9-13, 175:16-19, 177:8-14 | | |
| 177:15-178:24 | | | |
| 183:25-185:15 | | | |
| 187:13-188:2 | | | |
| 201:23-205:19 | | | |

## DEPOSITION OF CATHY WEATHERFORD
## NOVEMBER 27, 2012

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 5:19-6:10 | | | |
| 8:15-9:3 | | | |
| 10:22-11:2 | | | |
| 52:13-18 | 53:15-20, 54: 1 | 53:15-20: Hearsay | |
| 60:20-61:4 | | | |
| 68:14-15 | | | |
| 70:17-71:12 | | | |
| 73:1-15 | | | |
| 85:19-87:10 | | | |
| 88:3-89:1 | | | |
| 90:6-91:14 | | | |
| 91:21-93:11 | | | |
| 97:2-99:8 | | | |
| 118:6-20 | | | |
| 145:15-146:12 | | | |
| 175:5-178:1 | | | |

| Deposition Designation: | NAIC Counter-Designation: | Objection: | Cross-Designation: |
|---|---|---|---|
| 190:22-195:4 | 190:2-21 | Hearsay | |
| 196:5-12 | | | |
| 197:22-198:14 | | | |
| 237:20-238:7 | | | |
| 238:14-240:19 | 241:7-16, 242:1-5 | Completeness, hearsay | 241:7-16: If admitted: 241:17-22 242:1-5: If admitted: 242:6-17 |
| 245:7-246:4 | | | |
| 247:2-248:16 | | | |
| 250:11-17 | | | |
| 251:8-252:5 | | | |
| 252:14-19 | | | |
| 253:7-254:13 | | | |
| 255:5-10 | | | |
| 261:22-262:20 | | | |
| 264:9-266:2 | | | |
| 277:5-20 | | | |
| 296:11-297:5 | 295:6-296:10, 297:6-18, 297:21-298:2 | Hearsay | |
| 298:12-299:15 | 298:4-11 | Hearsay | |
| 301:5-20 | 304:18-306:7 | Completeness, hearsay | If admitted: 304:2-17, 306:8-22 |

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Post Office Box 171300
Kansas City, Kansas 66117-1300
Telephone:    (913) 371-3838
Facsimile:    (913) 371-4722
E-mail:ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
        GREGORY P. GOHEEN        #58119

and

Peter J. Gallagher
Steven D. Johnson
Shannon J. Fields
JOHNSON GALLAGHER MAGLIERY, LLC
99 Wall Street, 15th Floor
New York, New York 10005
Telephone:  (212) 248-2220
Facsimile:  (212) 248-0170
E-mail: pgallagher@kjglaw.com
              sjohnson@kjglaw.com
              sfields@kjglaw.com

Attorneys for Plaintiff Aithent, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system and/or mailed, postage pre-paid, on this 14th day of May, 2013 to:

Jeffrey J. Simon
Michael S. Hargens
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri 64112

Attorneys for Defendant

                        /s/ Gregory P. Goheen