

  

**FOR IMMEDIATE RELEASE**

**Contacts**

## NIPR Releases 2012 Annual Report

**Communications Division**
news@naic.org

**HOUSTON (April 7, 2013)** — The National Insurance Producer Registry (NIPR) today released its 2012 Annual Report highlighting advancements made toward the realization of a single-point, online producer licensing tool.

In 2012, NIPR implemented 182 initiatives expanding initial producer licenses and renewals for residents and non-residents, including major, limited and surplus lines. The organization also assisted state insurance departments to meet Surplus Lines fee requirements of the Dodd-Frank Wall Street Reform and Consumer Protection Act.

"The nearly two hundred initiatives accomplished this year provide significant value and continue to enhance NIPR's vision as a technological innovator in producer licensing," said NIPR Board President and New Hampshire Insurance Commissioner Roger A. Sevigny. "NIPR anticipated the needs of the states and was able to facilitate solutions they could easily implement."

In addition, the annual report highlights the release of the Adjuster Designated Home State (ADHS) License Renewal tool designed to complement the 2011 ADHS initial licensing application, and a new Interactive Appointments and Terminations (IA&T) tool making the process of submitting appointments and terminations with the states easier for smaller companies.

"These tools continue our goal of bringing the producer licensing process online, making it easier and faster," said NIPR Executive Director Maryellen Waggoner. "Every accomplishment brings us closer to the more cost-effective, streamlined and uniform process we are working to create."

Click HERE to view the NIPR 2012 Annual Report.

**Scott Holeman**
Communications Director

**Jeremy Wilkinson**
Electronic Communications Manager

**Miun Gleeson**
Communications Specialist

**Vanessa Sink**
Communications Specialist

**Erin Johnson**
Communications Specialist

**Lindsey Kriegshauser**
Communications Coordinator

NIPR Customer Service
(855) 674-NIPR (6477)

--------

**About NIPR**
Incorporated in October 1996, the National Insurance Producer Registry (NIPR) is a non-profit affiliate of the National Association of Insurance Commissioners (NAIC). NIPR developed and implemented the Producer Database (PDB) and Electronic Appointments/Terminations. NIPR is governed by a board of directors that includes seven members representing the NAIC and six industry members representing a cross-section of the insurance industry. For more information, visit www.NIPR.com.

--------

You are currently subscribed to the "NAIC News Release" electronic service.
For information regarding this service, please contact the NAIC Communications

Department, 1100 Walnut Street, Suite 1500, Kansas City, MO 64106, E-mail: news@naic.org.

To unsubscribe from the "NAIC News Release" electronic service, send a blank e-mail to the News Release service.

To unsubscribe from all NAIC Electronic Services, send a blank e-mail to NAIC Opt Out services.

[ NIPR Home | NAIC Home | NIPR Contacts | NIPR Help Desk | Privacy Statement

© 2013 National Insurance Producer Registry. All rights reserved.