1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
-----------------------------------x

AITHENT, INC.,

                Plaintiff,

    -against-

                Case No. 4:11-CV-00173
                         (GAF)

THE NATIONAL ASSOCIATION
OF INSURANCE COMMISSIONERS,

                Defendant.

-----------------------------------x

                VIDEOTAPED

      DEPOSITION OF NARAYANASWAMY VENU GOPAL

        Wednesday, September 12, 2012

            New York, New York


REPORTED BY:

Holly Hough

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com  NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 1 of 15   EXHIBIT B

```
 1                                                    2
 2
 3
 4              September 12, 2012
                    9:43 a.m.
 5
 6
 7
 8        Videotapted Deposition of NARAYANASAWAMY
 9  VENU GOPAL, taken by Defendant, pursuant to 30(b)(6)
10  Notice, at the offices of Johnson Gallagher Magliery
11  LLC, 99 Wall Street, 15th Floor, New York, New York
12  10005, before Holly Hough, a Shorthand Reporter and
13  Notary Public within and for the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com  NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS  (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 2 of 15

```
 1                                              3
 2
 3              A P P E A R A N C E S
 4
 5    JOHNSON GALLAGHER MAGLIERY LLC
 6    Attorneys for Plaintiff
 7         99 Wall Street, 15th Floor
 8         New York, New York 10005
 9
10    BY:     STEVEN JOHNSON, ESQ.
11    PHONE:  212.248.2820
12    FAX:    212.248.0170
13    EMAIL:  sjohnson@jgmlaw.com
14
15    HUSCH BLACKWELL, LLP
16    Attorneys for Defendant
17         4801 Main Street, Suite 1000
18         Kansas City, Missouri 64112
19
20    BY:     JEFFREY J. SIMON, ESQ.
21    PHONE:  816.329.4711
22    FAX:    816.983.8080
23    EMAIL:  jeff.simon@huschblackwell.com
                -and-
24              MICHAEL HARGENS, ESQ.
25
```

One Penn Plaza, NYC          Toby Feldman, Inc.          (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 3 of 15

```
 1                                                    4
 2        A P P E A R A N C E S  (continued)
 3
 4   NATIONAL ASSOCIATION of INSURANCE COMMISSIONERS
 5            1100 Walnut Street, Suite 1500
 6            Kansas City, Missouri 64106-2197
 7
 8   BY:     BETH HARGARTEN, ESQ., Managing Counsel
     PHONE:  816.783.8029
 9
     FAX:    816.460.7459
10
     EMAIL:  bhargarten@naic.org
11
12
13   NATIONAL ASSOCIATION of INSURANCE COMMISSIONERS
14            2301 McGee Street, Suite 800
15            Kansas City, Missouri 64108-2662
16
     BY:     JULIENNE L. FRITZ,
17
             Chief Business Strategy
18           and Development Officer
19   PHONE:  816.783.8709
20   FAX:    816.460.7495
21   EMAIL:  jfritz@naic.org
22
23   ALSO PRESENT:
24           NICHOLAS GUZMAN, Legal Video Specialist
25
```

One Penn Plaza, NYC          Toby Feldman, Inc.          (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 4 of 15

1  5
2
3
4              STIPULATIONS
5
6       IT IS HEREBY STIPULATED AND AGREED by and
7  between counsel for the respective parties hereto,
8  that the filing, sealing and certification of the
9  within deposition shall be and the same are hereby
10 waived;
11
12      IT IS FURTHER STIPULATED AND AGREED that
13 all objections, except as to the form of the
14 question, shall be reserved to the times of the
15 trial;
16
17      IT IS FURTHER STIPULATED AND AGREED that
18 the within deposition may be signed before any
19 Notary Public with the same force and effect as if
20 signed and sworn to before this court.
21
22
23
24
25

One Penn Plaza, NYC     Toby Feldman, Inc.     (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 5 of 15

1               Gopal                                  172
2       A.   I believe we did work on that interface,
3   yes.
4       Q.   And the PDB database-look-up
5   functionality, correct?
6       A.   Yes, that is correct.
7       Q.   And that meant that the LION system
8   communicated with the NIPR Gateway and the PDB to
9   provide information back and forth between those two
10  systems, right?
11      A.   That is correct.
12      Q.   Do you consider NIPR Gateway to be a part
13  of the LION system in New York?
14      A.   No, we do not.
15      Q.   Do you consider it to be part of the
16  Arkansas system in Arkansas, the LION system in
17  Arkansas?
18      A.   No, we do not.
19      Q.   So you understood it was a completely
20  separate system; in order to communicate with it,
21  you had to build an interface, right?
22      A.   Absolutely, but that's very different from
23  SBS.
24      Q.   You had a good deal of information on NIPR
25  before you signed the agreement with NAIC, didn't

One Penn Plaza, NYC          Toby Feldman, Inc.          (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 6 of 15

```
 1                        Gopal                        173
 2   you?
 3        A.   When you say, "a good deal of
 4   information--"
 5        Q.   You had asked for, for example, financial
 6   reports from NIPR, right?
 7        A.   Yes.
 8        Q.   You had asked for license agreements that
 9   NIPR was party to?
10        A.   Yes.
11        Q.   You had access to the NIPR website, right?
12        A.   Yes.
13        Q.   And you reviewed that?
14        A.   To a certain degree, yes.
15        Q.   And you understood exactly what NIPR was
16   and what it was doing, right?
17             MR. JOHNSON:  Objection to form.
18        A.   Again, there was a little bit of confusion
19   in my mind as to where the lines between NAIC and
20   NIPR kind of ended, where one stopped and the other
21   started.
22        Q.   I'm talking about the NIPR website itself;
23   you reviewed that?
24        A.   I'm not sure what I did visit, I don't
25   recall.
```

One Penn Plaza, NYC   Toby Feldman, Inc.   (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 7 of 15

```
 1                       Gopal                        174
 2        Q.   Did you understand that NIPR had been
 3   around for about six years before you signed the
 4   agreement with NAIC?
 5        A.   I knew that it had preexisted our
 6   agreement, yes.
 7        Q.   And it had website functionality that was
 8   handling certain licensing-related transactions?
 9        A.   Yes.
10        Q.   And did you understand that NIPR was part
11   of a uniformity initiative led by the NAIC in light
12   of the federal directives?
13        A.   I didn't understand it as being part of
14   the uniformity issues, but I did understand it to be
15   an NAIC initiative.
16        Q.   And you certainly had access to and could
17   review any of the information that was on the NIPR
18   website, right?
19        A.   Yes.
20        Q.   And did you review or request any NIPR
21   annual reports as part of this discussion?
22        A.   I believe that before we entered into the
23   agreement, we had asked for that information.
24        Q.   And was it provided to you?
25        A.   Yes.
```

One Penn Plaza, NYC          Toby Feldman, Inc.          (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 8 of 15

|   |   |
|---|---|
| 1 | Gopal    175 |

2   Q.   You had the NIPR annual reports?
3   A.   We had one report, I believe.
4   Q.   Prior to the time of the NAIC contract?
5   A.   I believe so, yes.
6   Q.   And did you have any discussions with NAIC
7   prior to signing the contract as to what the future
8   development and plans were for NIPR?
9   A.   In the discussions that we had with the
10  NAIC, the discussions revolved around both NIPR and
11  NAIC together in talking about the fact that one of
12  the goals was that the NAIC wanted to be able to
13  facilitate these regulatory processes, the
14  uniformity issues, and felt it would be good to have
15  both a single, I mean, I guess that's how the name
16  "state-based system" came about, a single state-
17  based regulatory IT system that would allow the
18  regulators to perform all functions.
19          And there was a peer recognition built on
20  the part of Aithent and NAIC that transactional
21  revenue streams would be a way to finance and fund
22  that and would be where we would generate
23  significant value.
24          And I think the discussions evolved around
25  what could happen in the future in terms of where

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com    NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS    (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 9 of 15

```
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
-----------------------------------x

AITHENT, INC.,

                        Plaintiff,

        -against-

                                Case No. 4:11-CV-00173
                                        (GAF)

THE NATIONAL ASSOCIATION
OF INSURANCE COMMISSIONERS,

                        Defendant.

-----------------------------------x


                CONTINUED
   VIDEOTAPED DEPOSITION OF NARAYANASWAMY VENU GOPAL
         Thursday,  September 13, 2012
              New York, New York




REPORTED BY:
Holly Hough
```

One Penn Plaza, NYC　　Toby Feldman, Inc.　　(212) 244.3990
email@tobyfeldman.com　NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS　(800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 10 of 15

```
 1                                                           273
 2
 3
 4
 5                     September 13, 2012
                           9:26 a.m.
 6
 7
 8
 9         Continued Videotaped Deposition of
10   NARAYANASWAMY VENU GOPAL, taken by Defendant,
11   pursuant to Adjournment, at the offices of Johnson
12   Gallagher Magliery LLC, 99 Wall Street, 15th Floor,
13   New York, New York 10004, before Holly Hough, a
14   Shorthand Reporter and Notary Public within and for
15   the State of New York.
16
17
18
19
20
21
22
23
24
25
```

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950

Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 11 of 15

```
 1                                                          274
 2                    A P P E A R A N C E S
 3
 4     JOHNSON GALLAGHER MAGLIERY LLC
 5     Attorneys for Plaintiff
 6             99 Wall Street, 15th Floor
 7             New York, New York 10005
 8
       BY:     STEVEN JOHNSON, ESQ.
 9
       PHONE:  212.248.2820
10
       FAX:    212.248.0170
11
       EMAIL:  sjohnson@jgmlaw.com
12
13
14     HUSCH BLACKWELL, LLP
15     Attorneys for Defendant
16             4801 Main Street, Suite 1000
17             Kansas City, Missouri 64112
18
       BY:     JEFFREY J. SIMON, ESQ.
19
       PHONE:  816.329.4711
20
       FAX:    816.983.8080
21
       EMAIL:  jeff.simon@huschblackwell.com
22
                           -and-
23
24             MICHAEL HARGENS, ESQ.
25
```

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950
Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 12 of 15

```
 1                                                      275
 2              A P P E A R A N C E S  (continued)
 3
 4      NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS
 5              1100 Walnut Street, Suite 1500
 6              Kansas City, Missouri 64106-2197
 7
        BY:     BETH HARGARTEN, ESQ., Managing Counsel
 8
        PHONE:  816.783.8029
 9
        FAX:    816.460.7459
10
        EMAIL:  bhargarten@naic.org
11
12
13      NATIONAL ASSOCIATION OF INSURANCE COMMISSIONERS
14              2301 McGee Street, Suite 800
15              Kansas City, Missouri 64108-2662
16
        BY:     JULIENNE L. FRITZ,
17
                Chief Business Strategy
18
                and Development Officer
19
        PHONE:  816.783.8709
20
        FAX:    816.460.7495
21
        EMAIL:  jfritz@naic.org.
22
23      ALSO PRESENT:
24              ALEXIS REBOLLEDO, Legal Video Specialist
25
```

One Penn Plaza, NYC    Toby Feldman, Inc.    (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950
Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 13 of 15

|   |   |   |
|---|---|---|
| 1 | Gopal | 301 |

2    discussed the fact that the transactions might go
3    through NIPR and that NIPR had certain processes in
4    place for bad debts and collections because there
5    was an aspect in our negotiations where we were
6    talking about what happens if NAIC or NIPR processed
7    a transaction but couldn't collect the funds for
8    that transaction, how would that relate to the
9    sharing of revenues.
10             And so part of our question or concern was
11   how large was that, what was going to be happening
12   within that and to get a better handle on what had
13   transpired in the past couple of years so we could
14   decide what we could agree to in terms of the
15   agreement.
16        Q.   So before you signed the License Agreement
17   with NAIC, you knew that NIPR kept separate books
18   and records, right?
19        A.   Yes.
20        Q.   And their own financial statements
21   separate from NAIC?
22        A.   Yes.
23        Q.   And you had also, I believe, testified
24   yesterday you had seen the annual reports of NIPR,
25   at least for one year; is that right?

One Penn Plaza, NYC      Toby Feldman, Inc.           (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950
Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 14 of 15

```
 1                         Gopal                          302
 2       A.   I believe I was referring to the fact that
 3  I had seen this financial report.  I'm not sure
 4  whether or not I had seen the annual report.  If it
 5  was on the website, I would probably have looked at
 6  it.
 7       Q.   That's all I have for you on this, sir.
 8  I'm sorry, take another look at it, page 10.
 9       A.   Okay.
10       Q.   Exhibit 37.
11       A.   Page 10 of the financial statement?
12       Q.   Yes.
13            MR. JOHNSON:  Note B.
14       Q.   At the top of which it says, "National
15  Insurance Producer Registry Notes to Financial
16  Statements."  Yes, Note B, that's right, "Related
17  Party Transactions."
18            The first sentence there reads, "Under a
19  service agreement between the NAIC and the NIPR, the
20  NAIC provides certain administrative services to the
21  NIPR."
22            Did I read that correctly?
23       A.   Yes.
24       Q.   And so you had been provided this document
25  that indicated to you that it was an administrative-
```

One Penn Plaza, NYC     Toby Feldman, Inc.     (212) 244.3990
email@tobyfeldman.com   NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS   (800) 246.4950
Case 4:11-cv-00173-GAF   Document 188-2   Filed 05/22/13   Page 15 of 15