# HUSCH BLACKWELL

Jeffrey J. Simon
Partner

4801 Main Street, Suite 1000
Kansas City, MO 64112
Direct: 816.329.4711
Fax: 816.983.8080
jeff.simon@huschblackwell.com

November 10, 2011

**VIA FEDERAL EXPRESS**

Peter J. Gallagher
Johnson Gallagher Magliery LLC
99 Wall Street
15th Floor
New York, NY 10005

    RE:    Aithent v. NAIC

Dear Peter:

    Enclosed is a disc of responsive documents being produced by NAIC. The documents on this disc are Bates Nos. NAI000762 – NAI002700.

    Thank you.

Sincerely,

*Jeff Simon /kh*

Jeffrey J. Simon

JJS/kh
Encl.