# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| AITHENT, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 4:11-CV-00173-GAF** |
| | ) |
| THE NATIONAL ASSOCIATION OF | ) |
| INSURANCE COMMISSIONERS, | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S RULE 30(B)(6) NOTICE OF DEPOSITION
## OF DEFENDANT NATIONAL ASSOCIATION OF INSURANCE
## COMMISSIONERS

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff Aithent, Inc. will take the deposition upon oral examination of Defendant National Association of Insurance Commissioners at the offices of McAnany, Van Cleave & Phillips, P.A., 10 E. Cambridge Circle Drive, Suite 300, Kansas City, Kansas, on **Wednesday, May 30, 2012,** commencing at **9:30 a.m.**, or such other time and place as may be agreed upon by counsel. Under Fed. R. Civ. P. 30(b)(6), Defendant must designate and produce one or more officers, directors, or other representatives to testify on its behalf as to the topics listed on the attached Schedule A. The deposition shall be taken before an officer duly authorized to administer oaths and will be recorded by stenographic, audio and/or audio-visual means. The deposition will continue from day to day until completed.

{K0361403.DOC; 1}
Case 4:11-cv-00173-GAF Document 189-5 Filed 05/22/13 Page 1 of 5
Case 4:11-cv-00173-GAF Document 133-5 Filed 04/05/12 Page 1 of 5 EXHIBIT E

Plaintiff further requests that, no later than ten (10) days before the deposition, Defendant set forth, for each designee, the matters on which the person will testify.  Plaintiff reserves the right to serve additional and/or revised Rule 30(b)(6) Notices in this case.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, Suite 300
Post Office Box 171300
Kansas City, Kansas  66117-1300
Telephone:     (913) 371-3838
Facsimile:     (913) 371-4722
E-mail:ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
　　　GREGORY P. GOHEEN        #58119

And

Peter Gallagher         (pro hac vice)
Steven Johnson         (pro hac vice)
JOHNSON GALLAGHER MAGLIERY, LLC
99 Wall Street, 15th Floor
New York, New York 10005
Telephone:  (212) 248-2220
　　　Facsimile:   (212) 248-0170
　　　E-mail: pgallagher@kjglaw.com
　　　　　　sjohnson@kjglaw.com

Attorneys for Plaintiff Aithent, Inc.

{K0361403.DOC; 1}
Case 4:11-cv-00173-GAF Document 189-5 Filed 05/22/13 Page 2 of 5
Case 4:11-cv-00173-GAF Document 83 Filed 04/03/12 Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served through the Court's ECF system and/or mailed, postage pre-paid, on this 5th day of April, 2012 to:

Jeffrey J. Simon
Michael S. Hargens
Husch Blackwell, LLP
4801 Main Street, Suite 1000
Kansas City, Missouri  64112

Attorneys for Defendant

/s/ Gregory P. Goheen

{K0361403.DOC; 1}
Case 4:11-cv-00173-GAF  Document 189-5  Filed 05/22/13  Page 3 of 5
Case 4:11-cv-00173-GAF  Document 183  Filed 04/05/12  Page 3 of 3

## Schedule A

1.  The decision to form NIPR and the relationship between NAIC and NIPR (defined terms have the same meaning as in Aithent's First Requests for Production of Documents to Defendant, dated ), including knowledge of the contracts between them;

2.  The decision to initiate the SBS project;

3.  The negotiations with Aithent leading up to the execution of the License Agreement and the Master Services Agreement;

4.  NAIC's efforts to market the SBS Branded System from 2002 through the present;

5.  The relationship between NAIC and/or NIPR, and any authorized business partner, including knowledge of contracts between NAIC and/or NIPR and any authorized business partner;

6.  Transactions that NAIC and/or NIPR are capable of conducting electronically, in the areas of licensing, marketing and insolvency from 2002 through the present, including transactions on the SBS Branded System, Gateway, SERFF and OPTins;

7.  The revenue earned by NAIC, and by NIPR, in connection with the transactions described in subsection 6, from 2002 through the present, including knowledge of the revenue that NAIC and/or NIPR has derived from Transactions in the SBS States and in the Non SBS States;

8.  The decision to use the Gateway for Front-End Processing of any transaction;

9.  The entities hired by NAIC and/or NIPR to provide services in connection with the SBS Branded System, Gateway, SERFF or OPTins, including work done to enable NIPR to provide a front end portal for any Transaction;

10. The prices charged for each type of Transaction from 2002 through the present; and

11. The hiring of Sanjay Sanai.

{K0361481.DOC; 1}