**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| AITHENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 4:11-cv-00173-GAF** |
| | ) | |
| THE NATIONAL ASSOCIATION OF | ) | |
| INSURANCE COMMISSIONERS, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, plaintiff and defendant have settled and compromised the claims in this action,

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Aithent Inc. and defendant The National Association of Insurance Commissioners, through their respective undersigned counsel, that the above entitled action be and is hereby dismissed and discontinued pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own attorney's fees and costs.

**JOHNSON GALLAGHER MAGLIERY LLC**      **HUSCH BLACKWELL LLP**


By: Steven Johnson_____      By: Michael S. Hargens_____
Steven Johnson                                       Jeffrey J. Simon        MO#35558
99 Wall Street, 15th Floor                        Michael S. Hargens   MO#51077
New York, New York 10005                      4801 Main Street-Suite 1000
T: (212) 248-2220                                    Kansas City, Missouri  64112
F: (212) 248-0170                                     T: (816) 983-8000
Email: sjohnson@jgmlaw.com                   F: (816) 983-8080
                                                               jeff.simon@huschblackwell.com
*Attorneys for plaintiff Aithent Inc.*            michael.hargens@huschblackwell.com

                                                               *Attorneys for defendant National Association*
                                                               *of Insurance Commissioners*